IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-744C |
| v. | ) | |
| | ) | (Judge Allegra) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mark T. Pittman as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MARK T. PITTMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
8th Floor

/s/ Mark T. Pittman
MARK T. PITMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 305-3087
Fax: (202) 307-0972

November 2, 2006

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of November, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mark T. Pittman