**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**
(Electronically Filed on November 2, 2006)

| | | |
|---|---|---|
| BANNUM, INC., Plaintiff, | ) | No. 06-744C (Judge Allegra) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO INTERVENE**

Pursuant to RCFC 24(a)(2), Dismas Charities, Inc. ("Dismas"), through its undersigned counsel, moves for leave to intervene in the above-referenced action.[1] Plaintiff Bannum, Inc. ("Bannum") has brought this case as a post-award bid protest challenging the action of Defendant, acting through the Federal Bureau of Prisons ("BOP"), in awarding a contract for community corrections center services on RFP No. 200-0880-SE. BOP awarded Dismas the contract being challenged by Bannum in this case.

As the awardee of the contract at issue in this case, Dismas seeks to intervene as of right in this protest to protect its substantial economic interest in the contract. See RCFC 24(a)(2). This Court routinely allows contract awardees to intervene in post-award bid protests. Antarctic Support Servs. v. United States, 46 Fed. Cl. 145, 148, aff'd, 251 F.3d 171 (Fed. Cir. 2000) (unpublished table decision); see also CHE Consulting, Inc. v. United States, 47 Fed. Cl. 331

[1] Generally, RCFC 24(c) requires an intervenor to file a pleading when intervening. Because Bannum has not filed a motion for a temporary restraining order and the Court has scheduled a status conference for November 3, 2006 to discuss, among other things, the projected schedule of events in this case, Dismas respectfully requests leave of this Court to file its answer, or a dispositive motion in lieu of an answer, within 60 days after the Government files the Administrative Record.

(2000); Ellsworth Assocs., Inc. v. United States, 45 Fed. Cl. 388 (1999), appeal dismissed, No. 00-5028, 2001 WL 267859 (Fed. Cir. Mar. 6, 2001); Candle Corp. v. United States, 40 Fed. Cl. 658 (1998). Counsel for the Government and Bannum have represented that they will not oppose Dismas's motion to intervene.

Therefore, Dismas respectfully requests that the Court grant Dismas's motion to join this action as an intervenor of right.

Dated: November 2, 2006

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102

703.770.7940
703.770.7901 (fax)

Attorney of Record
Dismas Charities, Inc.

*Of Counsel*:

Daniel S. Herzfeld
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
703.770.7900
703.770.7901 (fax)