IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BANNUM, INC. | ) | |
| Plaintiff, | ) | No. 06-744C |
| | ) | |
| v. | ) | Judge Allegra |
| | ) | **FILED UNDER SEAL;** |
| THE UNITED STATES, | ) | **REQUEST FOR PROTECTIVE** |
| Defendant. | ) | **ORDER PENDING** |

MOTION FOR LEAVE TO FILE ORIGINAL ELECTRONIC DECLARATION

Plaintiff, Bannum, Inc. ("Bannum") respectfully requests leave to file the original electronic Declaration of John D. Rich, attached hereto.

Respectfully submitted,

____________________

Michael A. Gordon
s/ Michael A. Gordon
Counsel of Record for Bannum, Inc.
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

November 2, 2006

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BANNUM, INC. | ) | |
| Plaintiff, | ) | No. 06-744C |
| | ) | |
| v. | ) | Judge Allegra |
| | ) | **FILED UNDER SEAL**; |
| THE UNITED STATES, | ) | **REQUEST FOR PROTECTIVE** |
| Defendant. | ) | **ORDER PENDING** |

ORDER

HAVING CONSIDERED Plaintiff's Motion for Leave to File the Original electronic Declaration of John D. Rich;

This Court hereby ORDERS this day, November ___, 2006 that Plaintiff's Motion is GRANTED.

_________________________________
Judge, U.S. Court of Federal Claims

Date: November ___, 2006

Time: