# In The United States Court of Federal Claims

No. 06-744C

(Filed: November 6, 2006)

---

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

---

**ORDER**

---

On November 3, 2006, an initial telephonic status conference was held to discuss proceedings in this bid protest matter. Participating in the conference were Michael A. Gordon, on behalf of plaintiff, Mark Pittman, on behalf of defendant, and Alexander D. Tomaszczuk, on behalf of defendant-intervenor.

The court adopted the following schedule for the resolution of plaintiff's complaint:

1. On or before November 13, 2006, defendant shall file one paper copy and one CD-ROM version of the administrative record;

2. On or before November 17, 2006, plaintiff shall file its motion to supplement the administrative record, if necessary;

3. On or before November 22, 2006, plaintiff shall file its motion for judgment on the administrative record;

4. On or before December 5, 2006, defendant shall file its cross motion for judgment on the administrative record and its response to plaintiff's motion;

8. On or before December 12, 2006, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

9. On or before December 18, 2006, defendant shall file its reply in support of its cross-motion for judgment on the administrative record; and

10. Oral argument on these motions will be held on December 21, 2006, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

11. Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge