IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BID PROTEST**

| | | |
|---|---|---|
| BANNUM, INC., Plaintiff, v. UNITED STATES, Defendant. And DISMAS CHARITIES, INC. Defendant-Intervenor | ) | No. 06-744C (Judge Allegra) **Protected Information to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order** (Proposed protected information indicated by shading) |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, and the Court's order dated November 6, 2006, defendant provides this notice that it is filing the enclosed administrative record of the proceedings, which has been compiled by the Federal Bureau of Prisons ("BOP" or the "agency") regarding plaintiff's post-award protest of the agency's award of Solicitation/RFP 200-0880-SC, dated November 30, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

MARK T. PITTMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-3087
Fax: (202) 307-0972

Of Counsel:
TRACEY L. PRINTER
Assistant General Counsel
Federal Bureau of Prisons
320 First St. NW, Suite 900
Washington, DC 20524

November 13, 2006

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 13th day of November 2006, pursuant to the Court's order issued on November 6, 2006, courtesy copies of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" and the administrative record on paper and on CD-ROM, will be served by hand delivery on this day, addressed as follows:

Michael A Gordon
Holmes & Gordon
17 West Jefferson Street
Suite 202
Rockville, Maryland 20850
Tel: 301-340-1251
Attorney for Bannum, Inc.

Alex D. Tomaszczuk
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
McLean, Virginia 220102-4859
Tel: 703-770-7940
Attorney for Dismas Charities, Inc.

Mark T. Pittman

Mark T. Pittman

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**