IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BID PROTEST**

| | | |
|---|---|---|
| BANNUM, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-744C |
| v. | ) | |
| | ) | (Judge Allegra) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| And | ) | **Protected Information to be** |
| | ) | **Disclosed Only in Accordance** |
| DISMAS CHARITIES, INC. | ) | **with U.S. Court of Federal** |
| | ) | **Claims Protective Order** |
| Defendant-Intervenor | ) | (Proposed protected information |
| | ) | indicated by shading) |

**CONSENT MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Defendant, the United States, respectfully requests leave of the Court to supplement the administrative record filed in this case on November 13, 2006. In accordance with the provisions of Appendix C, VII of the Rules of the United States Court of Federal Claims ("RCFC"),we respectfully request leave to supplement the administrative record with post-contract award documents that we inadvertently failed to include in the initial filing of the administrative record. Due to circumstances beyond our control, these documents could not be copied, numbered, scanned to CD-ROM, and timely hand-delivered to counsel for Bannum, Inc. ("Bannum") and counsel for Dismas Charities, Inc. ("Dismas") by the Court's November 13, 2006 deadline for filing the administrative record.

Counsel for Bannum and Dismas have consented to our request for supplementing the administrative record. The proposed contents of the supplement to the administrative record are enclosed via the attached documents and on the accompanying CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

/s/ Mark T. Pittman

MARK T. PITTMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-3087
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:
TRACEY L. PRINTER
Assistant General Counsel
Federal Bureau of Prisons
320 First St. NW, Suite 900
Washington, DC 20524

November 14, 2006

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of November 2006, pursuant to the Court's order issued on November 6, 2006, courtesy copies of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD" and the administrative record on paper and on CD-ROM, will be served via facsimile and Federal Express, Overnight Delivery on this day, addressed as follows:

Michael A Gordon
Holmes & Gordon
17 West Jefferson Street
Suite 202
Rockville, Maryland 20850
Tel: 301-340-1251
Fax: 301-340-1253
Attorney for Bannum, Inc.

Alex D. Tomaszczuk
Orest Jowyk
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
McLean, Virginia 220102-4859
Tel: 703-770-7940
Fax: 703-770-7686
Attorneys for Dismas Charities, Inc.

/s/ Mark T. Pittman

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**