# In The United States Court of Federal Claims

No. 06-744C

(Filed: November 20, 2006)

---

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

---

**ORDER**

---

On November 17, 2006, plaintiff filed a motion for expedited discovery. That same day, the court granted, in part, and denied, in part, plaintiff's motion, and ordered defendant to file a supplement to the administrative record on or before November 27, 2006. The court also indicated that it would modify slightly the schedule previously established for the resolution of this matter by separate order. Accordingly, the court adopts the following revised schedule for the resolution of plaintiff's complaint:

1. On or before November 29, 2006, plaintiff shall file its motion for judgment on the administrative record;

2. On or before December 12, 2006, defendant shall file its cross motion for judgment on the administrative record and its response to plaintiff's motion;

3. On or before December 19, 2006, plaintiff shall file its response to defendant's motion and its reply in support of its motion for judgment on the administrative record;

4. On or before January 2, 2007, defendant shall file its reply in support of its cross-motion for judgment on the administrative record; and

5. Oral argument on these motions will be held on January 5, 2007, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge