IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**BID PROTEST**

| | | |
|---|---|---|
| BANNUM, INC., Plaintiff, v. UNITED STATES, Defendant. And DISMAS CHARITIES, INC. Defendant-Intervenor | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 06-744C (Judge Allegra) **Protected Information to be Disclosed Only in Accordance with U.S. Court of Federal Claims Protective Order** (Proposed protected information indicated by shading) |

**DEFENDANT'S NOTICE OF FILING**
**<u>SECOND SUPPLEMENTAL ADMINISTRATIVE RECORD</u>**

Pursuant to the Court's order dated November 17, 2006, defendant provides this notice that it is filing the enclosed second supplemental administrative record of the proceedings, which has been compiled by the Federal Bureau of Prisons ("BOP" or the "agency") regarding plaintiff's post-award protest of the agency's award of Solicitation/RFP 200-0880-SC, dated November 30, 2005. Along with the second supplemental administrative record, defendant is also providing the Court with the final report of a BOP internal affairs investigation for an *en camera* review in accordance with the Court's order dated November 17, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

BRIAN M. SIMKIN
Assistant Director

MARK T. PITTMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 305-3087
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:
TRACEY L. PRINTER
Assistant General Counsel
Federal Bureau of Prisons
320 First St. NW, Suite 900
Washington, DC 20524

November 27, 2006

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 27th day of November 2006, pursuant to the Court's order issued on November 17, 2006, courtesy copies of the foregoing "DEFENDANT'S NOTICE OF FILING SECOND ADMINISTRATIVE RECORD"and the administrative record on paper and on CD-ROM, will be served via by Federal Express, overnight delivery at the addresses listed below. I further certify that on this 27th day of November 2006, courtesy copies of the "DEFENDANT'S NOTICE OF FILING SECOND ADMINISTRATIVE RECORD"and the administrative record will also be served via electronic mail at the email addresses listed below.

Michael A. Gordon
Mgordon202@aol.com
Holmes & Gordon
17 West Jefferson Street
Suite 202
Rockville, Maryland 20850
Tel: 301-340-1251
Attorneys for Bannum, Inc.

Alex D. Tomaszczuk
alex.tomaszczuk@pillsburylaw.com
Orest Jowyk
orest.jowyk@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
McLean, Virginia 220102-4859
Tel: 703-770-7940
Attorney for Dismas Charities, Inc.

Mark T. Pittman

**PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH UNITED STATES COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**