# In The United States Court of Federal Claims

No. 06-744C

(Filed: November 28, 2006)

---

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

---

**ORDER**

---

On November 17, 2006, defendant-intervenor filed a motion to supplement the administrative record. On November 27, 2006, plaintiff opposed this motion; defendant has not yet responded. Upon review of the documents provided by defendant-intervenor, this court has determined that defendant-intervenor's motion should be **DENIED**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge