# In The United States Court of Federal Claims

No. 06-744C

(Filed: November 28, 2006)

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

## ORDER

On November 16, 2006, plaintiff filed an opposed motion for expedited discovery. On November 17, 2006, the court granted, in part, and denied, in part, plaintiff's motion, and ordered defendant to supply to chambers, for an *en camera* review, the final report of internal affairs investigation of Bannum on or before November 27, 2006. Having reviewed such final report, the determination of this court remains that no further discovery is appropriate. Accordingly, the resolution of plaintiff's motion stands, and no modifications to this court's November 17, 2006, order shall be made at this time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge