# In The United States Court of Federal Claims

No. 06-744C

(Filed: December 13, 2006)

---

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

---

**ORDER**

---

On December 12, 2006, defendant filed a motion to dismiss. On or before Monday, December 18, 2006, plaintiff and defendant-intervenor shall respond to this motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge