# In The United States Court of Federal Claims

No. 06-744C

(Filed: December 20, 2006)

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

## ORDER

On December 12, 2006, defendant filed a motion to dismiss. On December 18, 2006, plaintiff filed its response in support of defendant's motion to dismiss, and defendant-intervenor filed its opposition to defendant's motion. Defendant's motion to dismiss is hereby **GRANTED**, and the Clerk is directed to dismiss plaintiff's complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge